**JS-6**

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MICHAEL GRECCO PRODUCTIONS, INC., <br><br> Plaintiff, <br><br> v. <br><br> SINA.COM ONLINE, et al., <br><br> Defendants. | Case No. CV 18-7468 FMO (PLAx) <br><br><br> **JUDGMENT** |

**IT IS ADJUDGED** that the above-captioned case is **dismissed with prejudice**

Dated this 5th day of June, 2019.

                                                     /s/
                                       Fernando M. Olguin
                                    United States District Judge